Judgment modified, and as modified, affirmed, without costs.

---

LENA LANGMAN, by her Guardian *ad litem*, Respondent, *v.* L. A. WILMOT MILBURY, Doing Business as the MILBURY ATLANTIC SUPPLY CO., Appellant.

(Supreme Court, Appellate Term, May, 1900.)

**Municipal court of the city of New York — Jurisdiction not afforded by defendant's having a place of business in the city.**

The Municipal Court of the city of New York has no jurisdiction of a defendant unless the record shows that he is a resident, and his having a place of business in the city is not enough.

APPEAL by the defendant from a judgment of the Municipal Court of the city of New York, borough of Manhattan, rendered in favor of the plaintiff upon a trial had before the court, without a jury.

Henry L. Maxson, for appellant.

No appearance for respondent.

*Per Curiam.* The fact that the defendant had, at the time of the trial, a place of business in the city of New York, does not satisfy the jurisdictional requirement. Proof of actual residence will alone suffice (Routenberg v. Schweitzer, 29 Misc. Rep. 653; affd., 50 App. Div. 218; and, since this proof is not furnished by the record, the judgment must be reversed and a new trial ordered. As the question was raised upon the trial, the reversal will be with costs, to abide the event.

Present: BEEKMAN, P. J., GIEGERICH and O'GORMAN, JJ.

Judgment reversed and new trial ordered, with costs to abide event.